```
AES/MRU
P.O. Box 2461
Harrisburg, PA 17105



Bank of America
101 North Tryon Street
Charlotte, NC 28255



Barclays Bank Delaware
125 S. West St.
Wilmington, DE 19801



Chase
P.O. Box 1093
Northridge, CA 91328



Chase/Washington Mutual
P.O. Box 78148
Phoenix, AZ 85062



Chase/Washington Mutual
3990 S. Babcock St.
Melbourne, FL 32901



Chevy Chase Bank
6151 Chevy Chase Drive
Laurel, MD 20707-2918



Chevy Chase Bank
6200 Chevy Chase Drive
Laurel, MD 20707



Earle D. Munns, Jr.
11660 Great Falls Way
Great Falls, VA 22066
```

Litton Loan Servicing
Customer Service Department
4828 Loop Central Drive
Houston, TX 77081


National City Bank
4661 E. Main Street
Columbus, OH 43213


Navy FCU
820 Follin Lane, SE
Vienna, VA 22180


Paul M. Vincent, Esq.
Ober, Kaler, Grimes, Shriver
1401 H Street, NW
Suite 500
Washington, DC 20005-3324


USAA Savings Bank
P.O. Box 47504
San Antonio, TX 78265


USDA/GLESI
2401 International Lane
Madison, WI 53704


Verizon Maryland, Inc.
500 Technology Drive - #300
Weldon Springs, MO 66304


VW Credit, Inc.
P.O. Box 7498
Libertyville, IL 60048


VW Credit, Inc.
1401 Franklin Blvd.
Libertyville, IL 60048

```
Wells Fargo
MAL B6955-01B
P.O. Box 31557
Billings, MT 59107


Wells Fargo Bank, NA
P.O. Box 4233
Portland, OR 97208-4233
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT**

In re: **Michael Andrew Byrd**
**Debtor**

Case No. _____
Chapter **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **2/25/2010**

Signed: **s/ Michael Andrew Byrd**
**Michael Andrew Byrd**

Signed: **/s/Sari K. Kurland**
**Sari K. Kurland, Esq.**
Attorney for Debtor(s)
Bar no.: **09174**
**The Law Offices of Sari K. Kurland, LLC**
**211 Jersey Lane**
**Rockville, MD 20850**
Telephone No.: **301-424-2834**
Fax No.: **301-424-2884**
E-mail address: